IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                          Criminal No. 07-57-01-SM

Eusebio Mateo

ORDER REMITTING ASSESSMENT

Upon petition of the United States of America under the provisions of 18 U.S.C. § 3573 for remission of the balance of the unpaid assessment imposed upon the defendant named above and the Court being sufficiently advised herein, it is hereby

ORDERED, that the unpaid portion of the assessment imposed against the defendant in the amount of $100.00 is remitted.

DATED: April 17, 2008

/s/ Steven J. McAuliffe
_____
Steven J. McAuliffe
Chief Judge, U.S. District Court